## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

|  |  |
|---|---|
| NEW DAY PERSONAL CARE SERVICES, INC; | |
| *Plaintiff*, | Civil Action No. 6:25-cv-00075 |
| v. | Judge Robert R. Summerhays |
| JULIE A. SU, Acting Secretary of the United States Department of Labor, in her official capacity; | Magistrate Judge Carol B. Whitehurst |
| JESSICA LOOMAN, Administrator of the Wage and Hour Division, in her official capacity, | |
| *Defendants*. | |

**PLAINTIFF'S MOTION TO SEAL PREVIOUSLY FILED DOCUMENT**

Plaintiff New Day Personal Care Services, Inc. respectfully requests that the Court seal the previously filed document, Attachment # 1 Exhibit A to the Complaint, ECF No. 1-1, in the above-captioned case. As addressed more fully in the attached Memorandum in Support, the U.S. Attorney's Office for the Western District of Louisiana contacted counsel for Plaintiff and specifically requested that the referenced exhibit be redacted to remove addresses of Plaintiff's alleged employees. The Clerk of Court has advised that the appropriate manner to address this issue is to request that the exhibit be filed under seal.

Plaintiff accordingly asks that the Court grant this Motion to Seal Previously Filed Document, Attachment # 1 Exhibit A to the Complaint, ECF No. 1-1, in the above-captioned case.

Respectfully submitted,

**JONATHAN BERRY\***
Email: jberry@boydengray.com
**MICHAEL BUSCHBACHER\***
Email: mbuschbacher@boydengray.com
**JAMES R. CONDE\***
Email: jconde@boydengray.com
BOYDEN GRAY PLLC
800 Connecticut Ave. NW,
Suite 900
Washington, DC 20006
Telephone: (202) 955-0620

*\*Pro hac vice*

*/s/ David Whitaker*
**DAVID WHITAKER (#21149)**
Email: david.whitaker@keanmiller.com
**ZOE W. VERMEULEN (#34804)**
Email: zoe.vermeulen@keanmiller.com
KEAN MILLER LLP
909 Poydras Street, Suite 3600
New Orleans, LA 70112
Telephone: (504) 585-3050
Facsimile: (504) 585-3051

**Counsel for Plaintiff**
*New Day Personal Care Services, Inc.*

DATED: March 13, 2025