IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| NEW DAY PERSONAL CARE SERVICES, INC; <br><br> *Plaintiff*, <br><br> v. <br><br> LORI CHAVEZ-DEREMER, Secretary of the United States Department of Labor, in her official capacity; <br><br> PATRICIA DAVIDSON, Administrator of the Wage and Hour Division, in her official capacity, <br><br> *Defendants*. | Civil Action No. 6:25-cv-00075 <br> Judge Robert R. Summerhays <br> Magistrate Judge Carol B. Whitehurst |

### ORDER

The Court having received the unopposed motion of Plaintiff for a temporary stay of proceedings and considered all papers filed in connection with this motion, it is

**ORDERED, ADJUDGED, and DECREED:**

That the motion is **GRANTED** and all deadlines and proceedings in this case are stayed pending completion of the rulemaking entitled *Application of the Fair Labor Standards Act to Domestic Service*, 90 Fed. Reg. 28,976 (July 2, 2025).

Lafayette, Louisiana, this  7th  day of August, 2025.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE

4