# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| NEW DAY PERSONAL CARE SERVICES INC., <br><br> *Plaintiff,* <br><br> v. <br><br> LORI CHAVEZ-DEREMER, Secretary of the United States Department of Labor, in her official capacity; <br><br> JAMES MACY, Acting Administrator of the Wage and Hour Division, in his official capacity, <br><br> *Defendants.* | No. 6:25-cv-00075 <br> Judge Robert R. Summerhays <br> Magistrate Judge Carol B. Whitehurst |

## MOTION TO WITHDRAW JONATHAN BERRY AS COUNSEL

Jonathan Berry will be leaving his employment with Boyden Gray PLLC and hereby respectfully moves to withdraw as counsel for Plaintiff New Day Personal Care Services, Inc. Plaintiff will continue to be represented by James R. Conde and Michael B. Buschbacher of Boyden Gray PLLC and David M. Whitaker and Zoe W. Vermeulen of Kean Miller LLP.

Dated: October 17, 2025                                    Respectfully submitted,

/s/ Jonathan Berry                                         /s/ David M. Whitaker
Jonathan Berry*                                            David M. Whitaker
  (DC Bar No. 1016352)                                       (LA Bar No. 21149)
Michael Buschbacher*                                       Zoe W. Vermeulen
James R. Conde*                                              (LA Bar No. 34804)
Boyden Gray PLLC                                           909 Poydras Street, Suite 3600
800 Connecticut Ave. NW, Suite 900                         New Orleans, LA 70112
Washington, DC 20006                                       Phone: (504) 585-3050
Phone: (202) 955-0620                                      zoe.vermeulen@keanmiller.com
Fax: (202) 955-0621                                        david.whitaker@keanmiller.com
jberry@boydengray.com

*Admitted *pro hac vice*.

*Counsel for Plaintiff*
*New Day Personal Care Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2025, the foregoing was electronically filed using the CM/ECF system. A copy of the foregoing will also be promptly served upon the Defendants pursuant to Fed. R. Civ. P. 5(b).

                                                      s/ Jonathan Berry
                                                      Jonathan Berry
                                                        (DC Bar No. 1016352)

                                                      s/ David M. Whitaker
                                                      David M. Whitaker
                                                        (LA Bar No. 21149)