# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| NEW DAY PERSONAL CARE SERVICES INC., <br><br> *Plaintiff,* <br><br> v. <br><br> LORI CHAVEZ-DEREMER, Secretary of the United States Department of Labor, in her official capacity; <br><br> JAMES MACY, Acting Administrator of the Wage and Hour Division, in his official capacity, <br><br> *Defendants.* | No. 6:25-cv-00075 <br> Judge Robert R. Summerhays <br> Magistrate Judge Carol B. Whitehurst |

# [PROPOSED] ORDER

The Court hereby **GRANTS** the Motion to Withdraw as Counsel filed by Jonathan Berry in the above-captioned matters. Mr. Berry is hereby terminated as counsel for Plaintiffs.

**SO ORDERED.**

Dated: October __, 2025

_____
Hon. Robert R. Summerhays
United States District Judge