# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| NEW DAY PERSONAL CARE SERVICES INC., <br><br> *Plaintiff,* <br><br> v. <br><br> LORI CHAVEZ-DEREMER, Secretary of the United States Department of Labor, in her official capacity; <br><br> JAMES MACY, Acting Administrator of the Wage and Hour Division, in his official capacity, <br><br> *Defendants.* | No. 6:25-cv-00075 <br> Judge Robert R. Summerhays <br> Magistrate Judge Carol B. Whitehurst |

## ORDER

Considering the Motion to Withdraw Jonathan Berry as Counsel [rec. doc. 23],

IT IS ORDERED that the motion is **GRANTED** and that Mr. Berry is hereby terminated as counsel for Plaintiffs.

SIGNED in chambers on October 20, 2025.

_____
**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**